1  NANCY E. PRITIKIN, Bar No. 102392
   R. BRIAN DIXON, Bar No. 076247
2  KRISTA A. STEVENSON, Bar No. 185241
   LITTLER MENDELSON
3  A Professional Corporation
   650 California Street
4  20th Floor
   San Francisco, CA  94108.2693
5  Telephone:   415.433.1940
   Facsimile:    415.399.8490
6  E-mail: nepritikin@littler.com

7  Attorneys for Defendant
   WELLS FARGO & COMPANY
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                         OAKLAND DIVISION

12  | JASMIN GERLACH, on behalf of herself and all others similarly situated, | Case No. CV 05-0585 CW |
    |---|---|
13  | | |
14  | Plaintiffs, | **STIPULATION SELECTING ADR PROCESS [ADR L.R. 3-5]** |
15  | v. | **ADR CERTIFICATION** |
16  | WELLS FARGO & CO., | |
17  | Defendant. | |

18

19        The parties stipulate to participate in the following ADR process:

20

21        Court Processes:

22              __ Arbitration          __ ENE           __ Mediation

23        (Use space below to provide any information regarding timing of session, preferred subject

24  matter expertise of neutral, or other issues.)

25

26        Private Process:

27              __ Private ADR (please identify process and provider)

28        _____

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION SELECTING ADR
PROCESS/ADR CERTIFICATION                                          No.  C 05 0595 CW

1  SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

2  Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that

3  he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern

4  District of California," or the specified portions of the ADR Unit's Internet site

5  <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the

6  court and private entities, and considered whether this case might benefit from any of them.

7

8  Dated: June 16, 2005

9

10  _____
    KRISTA A. STEVENSON, ESQ.
11  LITTLER MENDELSON
    A Professional Corporation
12  Attorneys for Defendant
    WELLS FARGO & COMPANY

13  Dated: June 16, 2005

14  _____
    C. Kennedy
15  CLAIRE KENNEDY-WILKINS, ESQ.
    LEWIS, FEINBERG, RENAKER & JACKSON, PC
16  Attorneys for Plaintiff
    JASMIN GERLACH

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION SELECTING ADR
PROCESS/ADR CERTIFICATION           3.                           No. C 05 0595 CW

_X_ Private Mediation

Dated: June 16, 2005

*[signature]*

KRISTA A. STEVENSON, ESQ.
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
WELLS FARGO & COMPANY

Dated: June 16, 2005

*[signature]*

CLAIRE KENNEDY-WILKINS, ESQ.
LEWIS, FEINBERG, RENAKER & JACKSON, PC
Attorneys for Plaintiff
JASMIN GERLACH

United States District Court
**IT IS SO ORDERED**
Judge Claudia Wilken
Northern District of California

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION SELECTING ADR
PROCESS/ADR CERTIFICATION

2.

No. C 05 0595 CW