Todd F. Jackson – CA State Bar No. 202598
Claire Kennedy-Wilkins – CA State Bar No. 231897
LEWIS, FEINBERG, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
tjackson@lewisfeinberg.com
cwilkins@lewisfeinberg.com
Telephone: (510) 839-6824
Facsimile: (510) 839-7839

Steven G. Zieff – CA State Bar No. 84222
Kenneth J. Sugarman – CA State Bar No. 195059
David A. Lowe – CA State Bar No. 178811
Patrice L. Goldman – CA State Bar No. 142855
RUDY, EXELROD & ZIEFF, LLP
351 California Street, Suite 700
San Francisco, CA 94104
szieff@reztlaw.com
ksugarman@reztlaw.com
dal@reztlaw.com
plg@reztlaw.com
Telephone: (415) 434-9800
Facsimile: (415) 434-0513

James M. Finberg – CA State Bar No. 114850
Jahan C. Sagafi – CA State Bar No. 224887
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
jfinberg@lchb.com
jsagafi@lchb.com
Telephone: (415) 956-1000
Facsimile: (415) 96-1008

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMIN GERLACH, on behalf of herself and those similarly situated,<br><br>  Plaintiff,<br><br> vs.<br><br>WELLS FARGO & CO. and WELLS FARGO BANK N.A.,<br><br>  Defendants. | Case No. CV 05-0585 CW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND PLAINTIFF JASMIN GERLACH'S TIME TO RESPOND TO DEFENDANT WELLS FARGO BANK N.A.'S COUNTERCLAIM** |

STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING
Case No. CV 05-0585 CW                                                   Page 1

The parties hereby stipulate that Plaintiff Jasmin Gerlach may have until September 7, 2005 to file a responsive pleading to Defendant Wells Fargo Bank N.A.'s counterclaim.

Dated: August 11, 2005

C. Kennedy

Claire Kennedy-Wilkins

LEWIS, FEINBERG,
RENAKER & JACKSON, P.C.
Attorneys for Plaintiffs
Jasmin Gerlach et al.

Dated: _____

_____
Krista A. Stevenson

Littler Mendelson, P.C.
Attorneys for Defendants
Wells Fargo & Co.
Wells Fargo Bank N.A.

## [~~PROPOSED~~] ORDER

Good cause appearing, and in light of the above stipulation, the Court hereby grants Plaintiff Jasmin Gerlach until September 7, 2005 to file a responsive pleading to Defendant Wells Fargo Bank N.A.'s counterclaim in this action.

**IT IS SO ORDERED.**

Dated: 8/30/05

/s/ CLAUDIA WILKEN
U.S. District Court Judge

S:\Cases\Wells Fargo 05-01\Pleadings\MTExtend counterclaim v2.wpd

The parties hereby stipulate that Plaintiff Jasmin Gerlach may have until September 7, 2005 to file a responsive pleading to Defendant Wells Fargo Bank N.A.'s counterclaim.

Dated: August 11, 2005

_____
Claire Kennedy-Wilkins

LEWIS, FEINBERG,
RENAKER & JACKSON, P.C.
Attorneys for Plaintiffs
Jasmin Gerlach et al.

Dated: August 11, 2005

_____
Krista A. Stevenson

Littler Mendelson, P.C.
Attorneys for Defendants
Wells Fargo & Co.
Wells Fargo Bank N.A.

## [PROPOSED] ORDER

Good cause appearing, and in light of the above stipulation, the Court hereby grants Plaintiff Jasmin Gerlach until September 7, 2005 to file a responsive pleading to Defendant Wells Fargo Bank N.A.'s counterclaim in this action.

**IT IS SO ORDERED.**

Dated: _____

_____
U.S. District Court Judge

S:\Cases\Wells Fargo 05-01\Pleadings\MTExtend counterclaim v2.wpd

STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING
Case No. CV 05-0585 CW

Page 2