1  Todd F. Jackson – CA State Bar No. 202598
   Claire Kennedy-Wilkins – CA State Bar No. 231897
2  LEWIS, FEINBERG, RENAKER & JACKSON, P.C.
   1330 Broadway, Suite 1800
3  Oakland, CA  94612
   Email: tjackson@lewisfeinberg.com,
4      ckwilkins@lewisfeinberg.com
   Telephone:  (510) 839-6824
5  Facsimile:  (510) 839-7839

6  Steven G. Zieff – CA State Bar No. 84222
   David A. Lowe – CA State Bar No. 178811
7  Patrice L. Goldman – CA State Bar No. 142855
   RUDY, EXELROD & ZIEFF, LLP
8  351 California Street, Suite 700
   San Francisco, CA 94104
9  Email: szieff@reztlaw.com, dal@reztlaw.com,
       plg@reztlaw.com
10 Telephone:  (415) 434-9800
   Facsimile:  (415) 434-0513

11

   *Attorneys for Plaintiff*
12 *[Additional counsel appear on signature page.]*

13              IN THE UNITED STATES DISTRICT COURT

14           FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                      OAKLAND DIVISION

16 JASMIN GERLACH, on behalf of herself and      )
   those similarly situated,                     )
17                                               )   Case No. CV 05-0585 CW
                  Plaintiff,                     )
18                                               )   **STIPULATION TO ALLOW FILING**
        vs.                                      )   **OF SECOND AMENDED COMPLAINT**
19                                               )
   WELLS FARGO & CO., and WELLS FARGO            )
20 BANK, N.A.,                                   )
                                                 )
21                Defendants.                    )
   _____        )
22                                               )
   WELLS FARGO BANK, N.A.,                       )
23                                               )
                  Counterclaimant,               )
24                                               )
        vs.                                      )
25                                               )
   JASMIN GERLACH,                               )
26                                               )
                  Counterdefendant.              )
27 _____        )

28

---

STIPULATION TO ALLOW FILING OF SAC  [CASE NO. CV 05-0585 CW]                    Page 1

1       Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the parties in the above-

2 captioned matter hereby stipulate to allow Plaintiff to file the attached Second Amended

3 Complaint. The parties agree that Defendants shall have thirty-five (35) days after service of the

4 Second Amended Complaint to file a responsive pleading. The parties further agree that Plaintiff

5 Reggie Place will be made available to have his deposition taken by Defendants in San

6 Francisco, California during the month of September 2005.

7       This stipulation is made without prejudice to Plaintiffs' future right to seek leave to

8 amend the complaint.

9

10 Dated: August 20, 2005

11                       Respectfully submitted,

By: _____

12                       Claire Kennedy-Wilkins
                      Attorneys for Plaintiff

13                       Todd F. Jackson – CA State Bar No. 202598
                      Claire Kennedy-Wilkins – CA State Bar No.

14                       231897
                      LEWIS, FEINBERG, RENAKER & JACKSON, P.C.

15                       1330 Broadway, Suite 1800
                      Oakland, CA 94612

16                       Email: tjackson@lewisfeinberg.com,
                          ckwilkins@lewisfeinberg.com

17                       Telephone: (510) 839-6824
                      Facsimile: (510) 839-7839

18

19                       Steven G. Zieff – CA State Bar No. 84222
                      Kenneth J. Sugarman – CA State Bar No. 195059
                      David A. Lowe – CA State Bar No. 178811

20                       Patrice L. Goldman – CA State Bar No. 142855
                      RUDY, EXELROD & ZIEFF, LLP

21                       351 California Street, Suite 700
                      San Francisco, CA 94104

22                       Email: szieff@reztlaw.com,
                      ksugarman@reztlaw.com,

23                         dal@reztlaw.com, plg@reztlaw.com
                      Telephone: (415) 434-9800

24                       Facsimile: (415) 434-0513

25 ///

26 ///

27 ///

28

STIPULATION TO ALLOW FILING OF SAC [CASE NO. CV 05-0585 CW]               Page 2

1    James M. Finberg – CA State Bar No. 114850
     Jahan C. Sagafi – CA State Bar No. 224887
2    LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
     275 Battery Street, 30th Floor
3    San Francisco, CA 94111-3339
     Email: jfinberg@lchb.com,
4        jsagafi@lchb.com
     Telephone: (415) 956-1000
5    Facsimile: (415) 956-1008

6    Robert Ira Spiro – CA State Bar No. 67641
     SPIRO MOSS BARNESS HARRISON & BARGE, LLP
7    11377 W. Olympic Boulevard, Floor 5
     Los Angeles, CA 90064-1625
8    Email: ispiro@smbhblaw.com
     Telephone: (310) 235-2468
9    Facsimile: (310) 235-2456

10
     Dated: 8/29/05                By: _Krista Stevenson_
11                                     Krista A. Stevenson
                                       Attorneys for Defendants
12
                                   Nancy E. Pritikin
13                                 R. Brian Dixon
                                   Krista A. Stevenson
14                                 Littler Mendelson
                                   A Professional Corporation
15                                 650 California Street, 20th Floor
                                   San Francisco, CA 94108-2693
16                                 Telephone: (415) 433-1940
                                   Facsimile: (415) 434-2302
17
18   THE PLAINTIFF SHALL FILE THE 2ND AMENDED COMPLAINT
19   WITHIN 3 DAYS OF THIS ORDER.
20
21
22       United States District Court
23
24   IT IS SO ORDERED
25   Judge Claudia Wilken
26
27       Northern District of California
28

STIPULATION TO ALLOW FILING OF SAC  [CASE NO. CV 05-0585 CW]                Page 3