1  Todd F. Jackson – CA State Bar No. 202598
   Claire Kennedy-Wilkins – CA State Bar No. 231897
2  LEWIS, FEINBERG, RENAKER & JACKSON, P.C.
   1330 Broadway, Suite 1800
3  Oakland, CA  94612
   Email: tjackson@lewisfeinberg.com,
4       ckwilkins@lewisfeinberg.com
   Telephone:  (510) 839-6824
5  Facsimile:  (510) 839-7839

6  Steven G. Zieff – CA State Bar No. 84222
   David A. Lowe – CA State Bar No. 178811
7  Patrice L. Goldman – CA State Bar No. 142855
   RUDY, EXELROD & ZIEFF, LLP
8  351 California Street, Suite 700
   San Francisco, CA 94104
9  Email: szieff@reztlaw.com, dal@reztlaw.com,
        plg@reztlaw.com
10 Telephone:  (415) 434-9800
   Facsimile:  (415) 434-0513
11
   *Attorneys for Plaintiffs*
12 [*Additional counsel appear on signature page.*]

13                IN THE UNITED STATES DISTRICT COURT

14                FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                           OAKLAND DIVISION

16 | JASMIN GERLACH and REGGIE PLACE, on behalf of themselves and those similarly situated, | ) ) ) | |
|---|---|---|
| | ) | Case No. CV 05-0585 CW |
| Plaintiffs, | ) ) | **STIPULATION AND ORDER TO EXTEND TOLLING AND CONTINUE CASE MANAGEMENT CONFERENCE, ADR DEADLINE AND HEARING DATE AND BRIEFING SCHEDULE FOR HOFFMAN AND CLASS CERTIFICATION MOTIONS (AS MODIFIED)** |
| vs. | ) ) | |
| WELLS FARGO & CO., WELLS FARGO BANK, N.A., and WELLS FARGO SERVICES COMPANY, | ) ) ) ) | |
| Defendants. | ) ) | |
| WELLS FARGO BANK, N.A., | ) ) | |
| Counterclaimant, | ) ) | |
| vs. | ) ) | |
| JASMIN GERLACH, | ) ) | |
| Counterdefendant. | ) | |

STIP. AND ORDER TO EXTEND TOLLING AND CONTINUE CMC, ADR DEADLINE AND HEARING
DATE AND BRIEFING SCHEDULE   [CASE NO. CV 05-0585 CW]                               Page 1

1    Pursuant to Local Rule 6-2, the parties in the above-captioned matter hereby stipulate to
2 continue the hearing date for the Plaintiffs' *Hoffman-LaRoche* motion from November 18, 2005,
3 at 10:00 a.m., to January 6, 2006 at 10:00 a.m.  Plaintiffs' *Hoffman-LaRoche* motion shall be
4 filed on November 4, 2005, with Defendants' opposition due on December 2, 2005, and
5 Plaintiffs' reply due on December 23, 2005.
6    The parties further stipulate to continue the hearing date and briefing schedule for
7 Plaintiffs' class certification motion until after the completion of the briefing on the
8 *Hoffman-LaRoche* motion.  Plaintiffs shall file their class certification motion on March 3, 2006,
9 with Defendants' opposition due on March 31, 2006, and Plaintiffs' reply due on April 21, 2006.
10 The hearing on this matter shall be continued from November 18, 2005 at 10:00 a.m. to May 12,
11 2006 at 10:00 a.m.
12    The parties further stipulate to continue the Case Management Conference currently set
13 for November 18, 2005 at 10:00 a.m., to January 6, 2006 at 10:00 a.m.  The parties also stipulate
14 to continue the deadline for private mediation in this case from December 30, 2005 to July 30,
15 2006.
16    The continuation of the hearing date and briefing schedule regarding Plaintiffs' motions is
17 necessary due to disagreement about the scope of document production in this case.  Without a
18 continuation, Plaintiffs contend they would not have an adequate opportunity to conduct
19 discovery prior to filing their *Hoffman-LaRoche* and class certification motions.  Furthermore,
20 Plaintiffs recently filed a Second Amended Complaint which includes a class action claim under
21 California law and Plaintiffs contend it is necessary for them to conduct additional discovery
22 prior to seeking class certification of this claim.  In the interests of addressing class certification
23 of the proposed ERISA class and the California class at the same time, the parties believe that it
24 is appropriate to further continue the hearing date and briefing schedule for Plaintiffs' class
25 certification motion with respect to all class claims asserted in the Second Amended Complaint.
26 The proposed schedule will allow the Court to address class certification of Plaintiff's proposed
27 ERISA and California law classes at the same time.
28

1  This stipulation is made without prejudice to the parties' further right to seek leave from the
2  current hearing dates and briefing schedule.
3       The parties further agree, by and through their attorneys of record, that the Stipulation
4  Re: Tolling of Statute of Limitations entered into between the parties, a copy of which is
5  attached hereto as Exhibit 1 ("Original Stipulation"), is hereby extended through to November
6  18, 2005.
7       The parties disagree regarding the application of the Original Stipulation to e-Business
8  Systems Consultants employed by Wells Fargo & Co. or Wells Fargo Bank, N.A. and to all
9  Business Systems Consultants, Business Systems Analysts, and/or e-Business Systems
10 Consultants employed by Wells Fargo Services Company prior to the entry of the Second
11 Amended Complaint on September 7, 2005.  Plaintiffs contend that the claims of these
12 individuals were tolled by the Original Stipulation.  Defendants contend that the claims of these
13 individuals were not tolled by the Original Stipulation, but agrees that the claims of e-Business
14 Systems Consultants employed by Wells Fargo & Co. or Wells Fargo Bank, N.A. and all
15 Business Systems Consultants, Business Systems Analysts, and/or e-Business Systems
16 Consultants employed by Wells Fargo Services Company are tolled from September 7, 2005, the
17 date of entry of the Second Amended Complaint, to November 18, 2005.
18       This tolling agreement shall expire as to all affected individuals absent further action on
19 November 18, 2005, unless extended by mutual written agreement by counsel for all parties.
20 This tolling agreement shall be of no continued force or effect with respect to any individual
21 once the agreement has expired.
22 ///
23 ///
24 ///

This tolling agreement shall not affect any motion by Plaintiffs regarding equitable tolling of the statute of limitations arising independent of this tolling agreement.

Dated: _____            Respectfully submitted,

By: _____
    Claire Kennedy-Wilkins
    Attorneys for Plaintiffs

Todd F. Jackson – CA State Bar No. 202598
Claire Kennedy-Wilkins – CA State Bar No. 231897
LEWIS, FEINBERG, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Email: tjackson@lewisfeinberg.com,
    ckwilkins@lewisfeinberg.com
Telephone: (510) 839-6824
Facsimile: (510) 839-7839

Steven G. Zieff – CA State Bar No. 84222
Kenneth J. Sugarman – CA State Bar No. 195059
David A. Lowe – CA State Bar No. 178811
Patrice L. Goldman – CA State Bar No. 142855
RUDY, EXELROD & ZIEFF, LLP
351 California Street, Suite 700
San Francisco, CA 94104
Email: szieff@reztlaw.com,
ksugarman@reztlaw.com,
    dal@reztlaw.com, plg@reztlaw.com
Telephone: (415) 434-9800
Facsimile: (415) 434-0513

James M. Finberg – CA State Bar No. 114850
Jahan C. Sagafi – CA State Bar No. 224887
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Email: jfinberg@lchb.com,
    jsagafi@lchb.com
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Robert Ira Spiro – CA State Bar No. 67641
SPIRO MOSS BARNESS HARRISON & BARGE, LLP
11377 W. Olympic Boulevard, Floor 5
Los Angeles, CA 90064-1625
Email: ispiro@smbhblaw.com
Telephone: (310) 235-2468
Facsimile: (310) 235-2456

STIP. AND ORDER TO EXTEND TOLLING AND CONTINUE CMC, ADR DEADLINE AND HEARING DATE AND BRIEFING SCHEDULE   [CASE NO. CV 05-0585 CW]                                    Page 4

Dated: _____ By: _____
Krista A. Stevenson
Attorneys for Defendants

Nancy E. Pritikin
R. Brian Dixon
Krista A. Stevenson
Littler Mendelson
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108-2693
Telephone: (415) 433-1940
Facsimile: (415) 434-2302

## ORDER

Good cause appearing, and in light of the above stipulation, pursuant to Local Rule 6-2(b) the Court hereby continues the Case Management Conference and *Hoffman-LaRoche* hearing set in this case for November 18, 2005, at 10:00 a.m., to **January 13, 2006 at 10:00 a.m.** Plaintiffs' *Hoffman-LaRoche* motion shall be filed on November 4, 2005, with Defendants' opposition due on December 2, 2005, and Plaintiffs' reply due on December 23, 2005.

The hearing date for Plaintiffs' motion for class certification, currently set for November 18, 2005 at 10:00 a.m., shall be continued until May 12, 2006 at 10:00 a.m.. Plaintiffs' class certification motion shall be filed on March 3, 2006, with Defendants' opposition due on March 31, 2005, and Plaintiffs' reply due on April 21, 2006.

The deadline for the parties to engage in private mediation is continued from December 30, 2005 to June 30, 2006.

**IT IS SO ORDERED.**

Dated: 9/30/05    *Claudia Wilken*
_____
U.S. District Court Judge

STIP. AND ORDER TO EXTEND TOLLING AND CONTINUE CMC, ADR DEADLINE AND HEARING DATE AND BRIEFING SCHEDULE   [CASE NO. CV 05-0585 CW]                            Page 5