Exhibit 44

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

--oOo--

JASMIN GERLACH and REGGIE      )
PLACE, on behalf of themselves)
and all others similarly       )
situated,                      )
                               )
            Plaintiffs,        )
                               )
        vs.                    ) Case No. C 05-0585 CW
                               )
WELLS FARGO & CO., and WELLS   )
FARGO BANK, N.A.,              )
                               )
            Defendants.        )
                               )
_____  )
                               )
WELL FARGO BANK,               )
                               )
            Counterclaimant,   )
                               )
        Vs.                    )
                               )
JASMIN GERLACH,                )
                               )
            Counterdefendant.  )
_____  )

**CERTIFIED COPY**

DEPOSITION OF

REGGIE W. PLACE

Thursday, September 22, 2005

REPORTED BY:  CARLA SOARES, CSR #5908    (01-372260)



**LEGALINK**
A **WORD**WAVE COMPANY

**LegaLink San Francisco**        tel (415) 357-4300   www.legalink.com
575 Market Street, 11th Floor    tel (800) 869-9132
San Francisco CA 94105           fax (415) 357-4301

GLOBAL COURT REPORTING   LEGAL VIDEOGRAPHY   TRIAL SERVICES

1   thing that -- you've done it and you're going to do

2   it again, you're going to miss the same things.

3   Yes.

4        Q.   So that's just good business practice in

5   the area of testing; is that right?

6        A.   I believe so.

7        Q.   And did any of the documents that you

8   created in terms of these functional specifications,

9   did they ever get rejected or disapproved?

10        A.   We never really had disapproval because we

11   had our walk-throughs with the team, and we ironed

12   out all issues prior to getting them up to the

13   approval level.  That was the importance of the

14   check with the whole team, and then with the manager

15   before it went outside.  They may ask for a change,

16   a small change, but, you know.

17        Q.   Did you find any of the projects that you

18   were assigned during this time period challenging?

19        A.   Most definitely.

20        Q.   And in what way?

21        A.   First, just sheer volume of work was

22   number one.  And number two was new technology, new

23   technology that I'd never worked with before.

24        Q.   And that technology required you to

25   understand how it worked so you'd be able to do your

1   part of the job; is that right?

2       A.   Yes.

3       Q.   And how did you go about developing that

4   understanding?

5       A.   I had to ask questions from people who had

6   been there longer, so-called experts on whatever the

7   new thing was, and constantly asking questions.

8       Q.   And also in terms of your own independent

9   work with the system, is that also how you developed

10  understanding and knowledge?

11      A.   I could play with the system if that's

12  what it was, if it was a tool, and get a little

13  understanding, then go back and ask more questions,

14  yes.

15      Q.   What was the most challenging part of the

16  job?

17      A.   For me, for me, I think it was the

18  communications issues that I had; not with everyone.

19  Just, some people just communicate better, like you

20  said, in person; trying to go out of my way to make

21  them feel comfortable with the work situation.

22      Q.   And when you talk about communication with

23  people, is that just team members all doing the same

24  kind of work you were doing, or is that the business

25  people?

Reggie W. Place          September 22, 2005

1    A.    It was the team members.   The business

2    people seemed to be a little more versed at

3    communications that weren't local.

4    Q.    What was the most interesting part of the

5    job?

6    A.    Learning a couple new tools.   An automated

7    testing tool that I looked at to see if it would

8    work, it was interesting just to see if I could

9    break it.

10    Q.    And were you able to?

11    A.    I found some things that wouldn't work in

12    Wells, yes, as did others.

13    Q.    What parts of the job during this time

14    period required, in your view, the most thought?

15    A.    The actual functional specification, and

16    in the large project, the mapping of elements from

17    one side of the business to the other so that they

18    would talk to each other.

19    Q.    And in putting together the functional

20    specifications, was there just one way to set them

21    up?

22    A.    We had a template.   In that template,

23    there were things that were optional, things that

24    were mandatory for every specification.

25    Q.    And were the mandatory parts of it things

47

1    that in the industry are the kinds of things that

2    just have to be there?

3         A.   It was fairly unique to Wells, how it was

4    devised, but a lot of them made sense because you

5    have to have the name, you have to say what it's

6    doing, that type of thing.  But Wells had their own,

7    you know, make-up, own template.

8         Q.   And within that template, you had the

9    ability to work in the optional areas, you had

10   a range of things you could do; is that right?

11        A.   You had an optional amount of -- you had

12   information that you could add that may not apply to

13   some things.

14        Q.   Can you give me an example of something

15   like that?

16        A.   Let me think now.

17             Okay.  If we're doing a change to what

18   they call call routing, that means when somebody

19   calls in, and they say they're calling about their

20   credit card, and they press zero, and say it goes to

21   this person in whatever city, if we wanted to make a

22   change to a different number, to a different

23   location, we would have to put that information in.

24             We may not need all the elaborate

25   information on a big project and specify all the

48

1    changes in hardware and all this, but there would be

2    a special section that would say, now changing

3    this -- you know, it would be pretty general.  But

4    it was just used for that particular thing.

5         Q.   With the functional specifications, did

6    those go to somebody for them to do something with

7    them?

8         A.   First they went to the group for review,

9    then they went to Anna for final review, then they

10   went out to the whole project team, including the

11   business and other channels that connected to ours

12   for review and approval.

13        Q.   And once they got approved, then what

14   happened?

15        A.   Then they sat and waited until the project

16   was tested and the results from the testing were

17   actually imported into the document.

18        Q.   And once the testing says this actually

19   can be done and it will work, that's the idea of the

20   testing, right?

21        A.   Yes.

22        Q.   Then what happens?

23        A.   Then the document is archived, and it can

24   be looked at if there's enhancement to the same type

25   of thing.  Normally, they're just archived.  They're

49

```
1   not used again.
2        Q.   But who actually makes the changes for it
3   to work?
4        A.   You mean a developer, or are you talking
5   about the document?
6        Q.   What happens to it?  You create this
7   document on the functional specifications.
8        A.   Yes.
9        Q.   Who gets it to do something with it?
10       A.   It's just the guide for the team to use to
11  know how to program and know how to test.  It's more
12  of a -- it's like a road map for the whole project.
13  Ones the project ends, then the thing gets put on
14  the shelf.
15       Q.   But here's my question:  If the project is
16  that you're modifying software in order to help the
17  business achieve some objective -- is that accurate
18  in one part of your job?
19       A.   Yes.
20       Q.   -- who changes the software?
21       A.   The developers.
22       Q.   The developers who are where?
23       A.   Are our team, physically in San Francisco.
24       Q.   So when you talk about the team, you're
25  not limiting the team to just people doing the
```

50

Reggie W Place          September 22, 2005

```
 1    business analysis and the quality assurance, right?
 2         A.    Right.
 3         Q.    You're talking about the -- let me ask you
 4    that question.
 5              Who was on the team?
 6         A.    Okay.  We had team members that were
 7    business analysts, QA and developers, and we had one
 8    person that was kind of a lead.  She kind of
 9    oversaw -- made sure things were -- Anna's
10    assistant, more or less, and then we had Anna.
11              The developers would be in the final
12    meeting for the approval because they had to use my
13    or our specifications to be able to develop their
14    software.  And the testers had to use that
15    specification to be able to write the test scripts
16    and the test cases.
17         Q.    And sometimes you would look at what they
18    were doing in their test descriptions and their test
19    cases to make sure that they were testing
20    appropriately or correctly; is that right?
21         A.    The -- as far as the testers went, it was
22    the business analysts and all testers that reviewed
23    the tester scripts, yes, not the developers.
24         Q.    Because the developers were actually doing
25    the physical implementation into the software; is
```

51

```
 1    that right?

 2         A.    Yes.

 3         Q.    Did you do any part of that?

 4         A.    No.

 5         Q.    Did you ever get asked for help in that

 6    being accomplished?

 7         A.    They actually -- it was just the reverse.

 8    They actually helped us with the testing because

 9    some of the testing required them to go into the

10    code and step us through the code to look at it.

11         Q.    And can you explain that a little bit more

12    on what that means?

13         A.    Okay.  There were some testing that

14    required -- let's me see how I can explain this --

15    it required the tester to look at something not on a

16    screen but on a -- I don't even know the name of

17    it -- debugging tool.  I believe that's the best --

18    where the tool is an old, antique-looking thing

19    where it would actually stop at a row, and it would

20    show the results of what you just did.

21              But we didn't have access to that, so the

22    developer had to sign on, and we had to go there and

23    test with the developer.

24         Q.    So sometimes you worked with the developer

25    to actually review the lines of software code in the
```

Reggie W. Place          September 22, 2005

1       Q.   And were any of those people developers?

2       A.   No.

3       Q.   Were any of them involved in quality

4   assurance?

5       A.   Yes.

6       Q.   And were they involved in quality

7   assurance in the same way that you were from your

8   perspective?

9       A.   Yes.

10      Q.   And do you know whether they actually did

11  any kind of testing functions?

12      A.   Yes, they did.

13      Q.   And that was part of your function as

14  well, right?

15      A.   That's correct.

16      Q.   And were the six or seven BSCs all remote

17  employees like you?

18      A.   Let me think.  One of them was.

19      Q.   And they were all part of the Internet

20  services group?

21      A.   No, they were part of the WFSC, whatever

22  it's called.  WFS.

23      Q.   They were in services --

24      A.   Yes.

25      Q.   Okay.  I'm mistaken.  You didn't work in

54

1    Internet services until the last period of your

2    employment; is that right?

3         A.    Correct.

4         Q.    And for that period of employment, were

5    you Quality Assurance --

6         A.    4.

7         Q.    -- 4.  Quality Assurance Analyst 4; is

8    that right?

9         A.    I believe that's the title.

10        Q.    And was that a different job than the job

11   you'd been doing remotely?

12        A.    There was no business analyst position

13   with it, and it was a different channel.  It was

14   Internet channel.  I think a different business

15   unit, too.  I'm not positive.

16        Q.    Now, the other business system consultants

17   that you dealt with during the time period that you

18   were working remotely, were those individuals

19   dealing with projects just like you were dealing

20   with projects, or did you understand that they were

21   there involved in some different role?

22        A.    All but one were doing exactly what I was

23   doing, but, of course, we all had our own projects.

24   We couldn't do everything.  But all of them except

25   for one did the same thing I did.

Reggie W. Place          September 22, 2005

1      Q.    And the projects that they worked on,

2  those were projects that were part of the things you

3  reviewed?

4      A.    Yes.

5      Q.    And is it your understanding that

6  every one of the business system consultants that

7  worked in the group were looking at your projects in

8  the same way?

9      A.    Yes.

10      Q.    And what were you doing when you were

11  reviewing the projects of the other business system

12  consultants?

13      A.    Typically, it was a meeting, pre-scheduled

14  meeting to review their documentation.  It was a

15  first review to go through and point out -- we got

16  the document before time, we read it, and then we

17  came with questions or comments.

18          In the meeting, we discussed those

19  comments and questions, suggested change, and then

20  we could make the changes and have a final meeting

21  to make sure that we got all the changes that people

22  had noted.

23      Q.    The business system consultants, could

24  they reject changes, accept changes?  Did they have

25  any ability to do that?

56

1    A.    The final approval was with Anna, but I

2   could say, "I don't agree with you," and then I

3   would have to say why.  I would have to have some

4   reason why.  But I never had the authority -- if

5   somebody else said it was wrong, it would have been

6   Anna's say, yes or no.

7    Q.    Did you ever bring anything to her and

8   say, "I don't want to do it.  Somebody else wants me

9   to do it.  What should I do?"

10    A.    That never happened.  I did have questions

11   on, you know, I may not have agreed with a person

12   only because I didn't understand.  Maybe that person

13   had been there a long time.  But it was never at

14   that level.  It was more of a just verifying level.

15    Q.    And did you have confidence in the

16   judgment and information that you were being given

17   from these other individuals who were looking at the

18   work, your peers?

19    A.    Yes.

20        MS. GOLDMAN:  Objection.  Vague.

21        MS. PRITIKIN:  Q.  Did you perceive them

22   all as being fairly knowledgeable in the field that

23   all of you were working in?

24    A.    I think that everyone knew what they had

25   to do.

57

1      Q.   Did they appear to you to all be as well
2  versed in the computer area as yourself?
3           MS. GOLDMAN:  Objection.  Calls for
4  speculation, it's overbroad, compound.
5           THE WITNESS:  I couldn't really -- I
6  couldn't really judge that.
7           MS. PRITIKIN:  Q.  Why not?
8      A.   I was a peer, not a supervisor.
9      Q.   I'm not asking you as a supervisor.  I'm
10  just asking whether you felt you were dealing with
11  smart people who basically understood the computer
12  system and the things you were trying to do.
13          MS. GOLDMAN:  Objection.  Compound and
14  overbroad.
15          THE WITNESS:  I don't know if I can answer
16  that.  I just don't know if I know about each
17  person.
18          MS. PRITIKIN:  Q.  Did you have an
19  opinion?
20      A.   I liked people I worked with, and -- I
21  just can't judge a group like that.  They're each
22  individuals.
23      Q.   Well, did you respect their comments?
24      A.   For the most part, yes.
25      Q.   Now, the other individuals who had job

Reggie W. Place          September 22, 2005

```
 1   titles of business system consultants, do you know
 2   what level of business system consultant each of
 3   them were?
 4        A.   I believe we had 3, 4 and 5.  We may have
 5   had a 2, but I'm not sure.
 6        Q.   And did the -- you said one worked
 7   remotely like you, is that right, from home?
 8        A.   Yes, she did.
 9        Q.   And then the other three worked in the
10   San Francisco office, to your understanding?
11        A.   It was at least three.  It may have been a
12   couple more.  I can't remember how many there were.
13   But it was three to five, something like that.
14        Q.   Other than in the services area, did you
15   ever work in any other line of business at Wells
16   Fargo?
17        A.   Just the Internet at the end.
18        Q.   And Internet services, to your
19   understanding, was different than Wells Fargo
20   services?
21        A.   I believe so.
22        Q.   And did you do any work in Internet
23   services as a business system consultant?
24        A.   No.  Quality Analyst 4.
25        Q.   Did you help develop any templates during
```

59

1    A.   Maybe not at the level of a developer or a

2  level of the business, but something in between,

3  kind of bridging.

4    Q.   I want to go back to the job you had

5  before you -- correct me if I'm wrong.

6         You when became an employee of Wells

7  Fargo, were you doing this quality assurance type of

8  work, correct?

9    A.   That's correct.

10    Q.   And then the business analyst, as you've

11  described it, work was added on in addition to the

12  work you were already doing; is that right?

13    A.   When we had our name changed to business

14  system consultant, all of the analysts and all the

15  QA, except for one QA person, who was the primary

16  QA, had all their duties combined to all -- both

17  facets of the job.

18    Q.   So were you doing anything less in quality

19  assurance when you had the business system

20  consultant job duties added?

21    A.   Only because of time.  We weren't --

22  didn't have time to do a lot of testing if you had a

23  large project.

24    Q.   Because the large project took up more of

25  your time so you couldn't do the amount of testing

Reggie W. Place          September 22, 2005

1   you'd been doing before?

2       A.   Most definitely.  And again, you can't do

3   both roles.

4       Q.   Meaning design the testing and actually

5   carry out the testing?

6       A.   Correct.

7       Q.   So other people were actually carrying out

8   the testing?

9       A.   Depending on the size.  Again, if it was a

10  phone number, there wasn't much risk.  But if it was

11  something a little more complex, we didn't want that

12  person writing the doc and then testing.

13      Q.   Did you interview for the quality

14  assurance analyst job?

15      A.   As far as the initial one?

16      Q.   Yes.

17      A.   Yes, I did.

18      Q.   And who did you interview with?

19      A.   Kieron.

20      Q.   Do you remember anything about the

21  interview?

22      A.   He was impressed with my IVR experience

23  from BofA, and he seemed very nice.

24      Q.   Anything else?

25      A.   I don't really remember, recall a lot of

LegaLink San Francisco (800) 869-9132

1   other items.  It was pretty quick.

2       Q.   Did you ever have a job called application

3   systems engineer at Wells Fargo?

4       A.   I don't know if it was called that.

5       Q.   Did you ever have that role?

6       A.   I don't even know what that role is.

7       Q.   What did you think of your manager when

8   you first came to work at Wells Fargo?

9            MS. GOLDMAN:  Objection.  Vague.

10           THE WITNESS:  I don't like to form

11  opinions on people before I know them; so as far as

12  I was concerned, everything was fine.

13           MS. PRITIKIN:  Q.  And did your opinion

14  change?

15       A.   I didn't really have the time because he

16  wasn't there that long after I arrived.

17       Q.   Did you have issues with the person who

18  managed you during the time you had the quality

19  assurance business system consultant role?

20           MS. GOLDMAN:  Objection.  Vague.

21           THE WITNESS:  I can only say that being a

22  remote manager, sometimes it was difficult to get

23  ahold of her.  She was remote as well.

24           MS. PRITIKIN:  Q.  And what was -- what

25  kinds of things were you trying to get ahold of her

67

1   about where she might not be available because she

2   was working remotely?

3        A.    Questions that would come up about a

4   project that required a decision to be made on

5   money, time or resources, I couldn't make.  So it

6   was important that I got ahold of her as quickly as

7   possible so that I could convey that information or

8   have her convey that information back to the project

9   team.

10       Q.    And when you say "money," what do you mean

11  by that?

12       A.    Budget-type thing.  Say they wanted to

13  upgrade a system and they underestimated the amount

14  of servers, and they say, "Oh my God.  We'll have to

15  buy another server."  I mean, she has the budget.

16       Q.    And in terms of time, what does that mean?

17       A.    Within -- I'd say if it was first thing in

18  the morning, by the same day.

19       Q.    But if you had to get a decision from her

20  about time, what kinds of decisions would that be?

21  Oh, you're just saying that you needed her input

22  quickly?

23       A.    Yes.  Yes.

24       Q.    Okay.  And when you talked about

25  resources, you were talking about money; is that

Reggie W. Place          September 22, 2005

```
1    right?

2         A.    Resources as far as money, and maybe

3    additional people to work if we were running behind.

4         Q.    Did you keep track of the time that you

5    worked on the projects that you worked on?

6         A.    The only time that I recorded was on the

7    time sheet.

8         Q.    And what kind of time sheet?

9         A.    First it was the consulting company time

10   sheet and Wells, and then once I was an employee, it

11   was just the Wells -- I forget what it's called.  It

12   was Team Track or something.  I don't remember the

13   name of it.

14        Q.    And did you accurately record all the

15   hours that you worked in that form?

16        A.    I recorded the hours that I was told to

17   record by my manager.

18        Q.    That doesn't answer my question.

19              Did you accurately record all the time

20   that you worked on whatever the document or form is?

21        A.    No.

22        Q.    And what hours didn't you write down?

23        A.    Additional hours that weren't allocated in

24   her budget.

25        Q.    And where did you put those hours?
```

Reggie W. Place          September 22, 2005

```
 1        A.    Nowhere.

 2        Q.    And how many hours were those?

 3        A.    I would estimate that would be

 4   an additional 20 hours a week.

 5        Q.    And how many hours did you put in the

 6   system?

 7        A.    40 each week.

 8        Q.    And the manager who you said told you not

 9   to record these particular hours, who is that?

10        A.    Anna Stoelting.

11        Q.    Did she tell you that in writing or

12   verbally?

13        A.    She told the group, the group together

14   verbally.

15        Q.    What did she say?

16        A.    She said that if -- we would put down the

17   hours exactly how she e-mailed us each week by a

18   certain date, and if we didn't do so, that it would

19   go against us on our annual performance report.

20   That's verbatim.

21        Q.    So she said that -- tell me exactly again

22   what she said.

23        A.    Sure.  She said -- and this is to the

24   group, this is to the whole IVR team -- that she

25   would send us -- first of all, she would send us the
```

LegaLink San Francisco (800) 869-9132

Reggie W Place          September 22, 2005

1   question.  But not a job question.

2        Q.   Were there other individuals who became

3   business system consultants at that time who you

4   perceived as filling the job description better than

5   you did?

6        A.   Yes.

7        Q.   And who were those people?

8        A.   Pat Marks, Ann Capitalo -- I can't spell

9   that one, either -- is there another?  I'm thinking

10  there was one more.

11       Q.   I'm sorry.  Are you done?

12       A.   I can't remember the other name.

13       Q.   And were these people who had the business

14  system consultant role before the combining of them

15  occurred?

16       A.   No, they were actually business analysts,

17  and then they were put into the business --

18  whatever -- role.

19       Q.   But their job before this assignment was

20  made was more similar to the business system

21  consultant job than your job; is that accurate?

22       A.   No, they were strictly business analysts.

23  The business system consultant role encompassed

24  both.  They were strictly business analysts before,

25  and many of them had never done QA.

Reggie W. Place          September 22, 2005

1        Q.   Had you had project management experience

2    before you came to Wells Fargo?

3        A.   Very limited.  It was more of a group

4    project management and not a many-group.

5        Q.   And was that a function that was new to

6    you when you were assigned the business system

7    consultant role?

8        A.   I would say I was not an expert by any

9    means.

10       Q.   And the ones who you went to for

11   assistance, those were people who had been doing

12   similar kinds of work?

13       A.   The business analysts, most definitely.

14   That -- project management comes out of that.

15       Q.   Did your pay change when you got the

16   business system consultant role along with the

17   quality assurance role?

18       A.   I don't remember if it changed.  I know

19   the -- I'm thinking not, but if it was, it was

20   minimal.  I don't remember it changing.

21       Q.   Did you get any kind of orientation or

22   training other than what you've described when you

23   got the business system consultant title?

24       A.   Just what I asked for from other team

25   members.

1          MS. PRITIKIN:  Do you know what number

2    we're starting at?

3          MS. GOLDMAN:  Well, I think the last

4    exhibit from the deposition this week was 29, but

5    then I realize that I think there's another

6    deposition happening today.  So I really don't know.

7          MS. PRITIKIN:  Why don't we call it A, and

8    then we can re-number them to make them consecutive.

9          MS. GOLDMAN:  So just A, B, C, with no

10   number with it?  That's fine.

11         MS. PRITIKIN:  And then we'll just

12   stipulate that we can advise the court reporter to

13   change it to numbers so we can all be consistent if

14   we like.

15         MS. GOLDMAN:  Yes.

16         MS. PRITIKIN:  So this will be Exhibit A.

17         (Whereupon, Deposition Exhibit A was

18          marked for identification.)

19         MS. PRITIKIN:  Q.  Mr. Place, I've put in

20   front of you Exhibit A to your deposition, and

21   that's an employment application.

22         Do you recognize this document?

23      A.   Yes.

24      Q.   And is all of the document that's not the

25   pre-printed form in your handwriting?

87

1          MS. GOLDMAN:  You need to look through it.

2          THE WITNESS:  Let me look and see.

3          It seems to be in my handwriting.

4          MS. PRITIKIN:  Q.  And is everything

5     that's in your handwriting on this form completely

6     accurate?

7          A.   Let's see.  Okay.  Let's see what we have

8     here.

9          This line here should not say, "Degree

10    received."  It should say, "Ongoing."

11         Q.   For the University of Maryland where it

12    says, "Bachelor of Science/Information Systems"?

13         A.   Yes.  I misread it.  It should not say,

14    "Degree received," it should say, "Ongoing."

15         Q.   Did you attend four years at the

16    University of Maryland?

17         A.   Not four total years.  I had been

18    returning for four years.

19         Q.   So how much time did you actually attend

20    the University of Maryland?

21         A.   It was part-time, so I attended for four

22    years, but not full-time.

23         Q.   From when to when did you attend?

24         A.   It was during the Air Force time, so it

25    had -- I don't know exact dates, but it would have

Reggie W. Place          September 22, 2005

1    to be in the '80s and '90s.

2         Q.   So it was when you went on active duty,

3    you went to the University of Maryland?

4         A.   I was on active duty.

5         Q.   So when you were not assigned overseas or

6    something?

7         A.   Actually, the University of Maryland has

8    campuses around the world for Air Force and Army, so

9    they are at most every education office.

10        Q.   Is there anything else in this document

11   that's not completely accurate?

12        A.   Okay.  Let's see.  I think everything

13   else -- okay.  Let me check page 1 again because I

14   wasn't sure of this date.

15        Q.   Sure.  Take your time.

16        A.   This is when -- I vaguely remember this.

17   I'm trying to make sure.

18        Q.   That's fine.  Take your time.

19        A.   As far as I can see, it looks correct.

20        Q.   Did you ever tell anyone that you didn't,

21   in fact, have a Bachelor of Science degree in

22   information systems from the University of Maryland?

23        A.   Yes.

24        Q.   Who did you tell?

25        A.   Kieron.

89

```
 1        Q.    And when did you tell him?

 2        A.    The day I did my first interview for a

 3   contractor.

 4        Q.    What did you tell him when you were a

 5   contractor?

 6        A.    I was ongoing with my education.

 7        Q.    And that was before you filled out Exhibit

 8   A?

 9        A.    Yes.

10        Q.    Now, did you read Exhibit A before you

11   signed it?

12        A.    Actually, I misread Exhibit A.

13        Q.    Well, I hear what you're saying about the

14   University of Maryland.  But before you signed your

15   name, did you read where it says, "Additional

16   Information"?

17        A.    I probably didn't read it fully, no.  I

18   was just excited to have the job.

19             MS. PRITIKIN:  Let's go off the record for

20   a second.

21             THE VIDEO OPERATOR:  The time now is

22   12:11.  We are going on the videotape record.  This

23   is also the conclusion of Tape 1, Volume 1, in the

24   deposition of Reggie Place.

25             (Recess taken.)
```

Reggie W. Place          September 22, 2005

```
 1            THE VIDEO OPERATOR:  The time now is
 2     12:50.  We're back on the videotape record.  This
 3     also marks the beginning of Tape 2 in the deposition
 4     of Reggie Place.  Please continue.
 5            MS. PRITIKIN:  Q.  Mr. Place, are you --
 6     did you review any documents during the lunch break?
 7         A.   No.
 8         Q.   Did you talk to anyone other than counsel
 9     about the case?
10         A.   No.
11         Q.   Now, are you and Mr. Romero registered
12     domestic partners?
13         A.   Yes.
14         Q.   And you're registered in San Francisco?
15         A.   Secretary of State.
16            MS. PRITIKIN:  And, Counsel, I notice that
17     Mr. Romero is listed as a witness on the initial
18     disclosures, and it seems to me that's inconsistent
19     with your instructing the witness not to answer with
20     respect to communications between you and
21     Mr. Romero.
22            MS. GOLDMAN:  Not necessarily.  He's a
23     witness to his own observations, not a witness to
24     communications with Mr. Place.
25            MS. PRITIKIN:  Q.  Did Mr. Romero ever
```

91

Reggie W. Place     September 22, 2005

1    observe your work?

2         A.    Not my work.  Not my writings, no.

3         Q.    Any aspect of your work, was Mr. Romero

4    present when you were working?

5         A.    He witnessed me in my office.

6         Q.    Just in terms of the fact that you were in

7    your office?

8         A.    Correct.

9         Q.    But he wasn't looking at your computer

10   screen or what you were working on or anything like

11   that?

12        A.    No, he wasn't.

13        Q.    And the computer that you used for work,

14   was that the -- was there just one computer that you

15   used for your work at Wells Fargo, or was there more

16   than one computer?

17        A.    When I was here in the city, I had a

18   desktop, and when I was down in Desert Hot Springs,

19   I had a laptop.

20        Q.    And when you worked on the desktop, did

21   you ever work remotely?

22        A.    Goodness.  Let me think.  I don't believe

23   I did.  I think it's when I moved.

24        Q.    And the laptop that you received, did you

25   return that to Wells Fargo?

92

```
1                    CERTIFICATE OF REPORTER

2              I, CARLA SOARES, a Certified Shorthand

3      Reporter, hereby certify that the witness in the

4      foregoing deposition was by me duly sworn to tell the

5      truth, the whole truth, and nothing but the truth in the

6      within-entitled cause;

7              That said deposition was taken in shorthand by

8      me, a disinterested person, at the time and place

9      therein stated, and that the testimony of the said

10     witness was thereafter reduced to typewriting, by

11     computer, under my direction and supervision;

12             That before completion of the deposition,

13     review of the transcript [ X ]was [    ]was not

14     requested.  If requested, any changes made by the

15     deponent (and provided to the reporter) during the

16     period allowed are appended hereto.

17             I further certify that I am not of counsel or

18     attorney for either or any of the parties to the said

19     deposition, nor in any way interested in the event of

20     this cause, and that I am not related to any of the

21     parties thereto.

22

23     DATED: _____10 | 12_____, 2005

24

                        Carla Soares

25                  Carla Soares, CSR 5908
```