| | |
|---|---|
| 1 | NANCY E. PRITIKIN, Bar No. 102392 |
| | R. BRIAN DIXON, Bar No. 076247 |
| 2 | KRISTA A. STEVENSON, Bar No. 185241 |
| | LITTLER MENDELSON |
| 3 | A Professional Corporation |
| | 650 California Street, 20th Floor |
| 4 | San Francisco, CA 94108.2693 |
| | Telephone: 415.433.1940 |
| 5 | Facsimile: 415.399.8490 |

Attorneys for Defendants and
WELLS FARGO & COMPANY,
WELLS FARGO BANK, N.A. and WELLS
FARGO SERVICES COMPANY and
Counterclaimant WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

| | |
|---|---|
| JASMIN GERLACH and REGGIE PLACE, on behalf of themselves and all others similarly situated, | Case No. 05-CV-00585-CW |
| Plaintiffs, | **[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO STRIKE** |
| v. | Hearing Date: February 10, 2006 |
| WELLS FARGO & CO., WELLS FARGO BANK, N.A., and WELLS FARGO SERVICES COMPANY, | Time: 10:00 A.M. |
| | Place: Courtroom 2, 4th Fl. |
| | Judge: Hon. Claudia Wilken |
| Defendants. | |
| WELLS FARGO BANK, N.A., | |
| Counterclaimant, | |
| v. | |
| JASMIN GERLACH, | |
| Counterdefendant. | |

ORDER DENYING PLAINTIFFS' MOTION TO STRIKE WITNESS DECLARATIONS     1.     Case No. C 05-0585 CW

On February 10, 2006, Plaintiffs' Motion to Strike Declarations of Potential Class Members came on for hearing at 10:00 a.m. before the Honorable Claudia Wilken. Plaintiffs and Defendants were both represented by counsel.

For all the reasons set forth in Defendants' Opposition to Plaintiffs' Motion to Strike Declarations of Potential Class Members, the supporting documents filed with Defendants' Opposition, and the record herein, and based on the arguments of counsel, the Court DENIES Plaintiffs' Motion in its entirety.

IT IS SO ORDERED

Dated: _____

_____
HON. CLAUDIA WILKEN
United States District Court Judge

Firmwide:80716078.1 021021.1017

ORDER DENYING PLAINTIFFS' MOTION TO STRIKE WITNESS DECLARATIONS     2.     Case No. C 05-0585 CW

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940