| | |
|---|---|
| 1 | NANCY E. PRITIKIN, Bar No. 102392 |
| | R. BRIAN DIXON, Bar No. 076247 |
| 2 | KRISTA A. STEVENSON, Bar No. 185241 |
| | LITTLER MENDELSON |
| 3 | A Professional Corporation |
| | 650 California Street, 20th Floor |
| 4 | San Francisco, CA  94108.2693 |
| | Telephone:    415.433.1940 |
| 5 | Facsimile:     415.399.8490 |

Attorneys for Defendants
WELLS FARGO & CO., WELLS FARGO BANK, N.A.
and WELLS FARGO SERVICES COMPANY and
COUNTERCLAIMANT WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

| | |
|---|---|
| JASMIN GERLACH and REGGIE PLACE, on behalf of themselves and all others similarly situated, | Case No.  05-CV-00585-CW |
| Plaintiffs, | **ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL EXHIBITS A – C TO PLAINTIFFS' MOTION FOR CORRECTIVE NOTICE, AND EXHIBITS 3 AND 4 TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CORRECTIVE NOTICE** |
| v. | |
| WELLS FARGO & CO., WELLS FARGO BANK, N.A., and WELLS FARGO SERVICES COMPANY, | |
| Defendants. | Hearing Date:   February 10, 2006<br>Time:                10:00 A.M.<br>Place:               Courtroom 2, 4th Fl.<br>Judge:              Hon. Claudia Wilken |
| WELLS FARGO BANK, N.A., | |
| Counterclaimant, | |
| v. | |
| JASMIN GERLACH, | |
| Counterdefendant. | |

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

**[PROPOSED] ORDER**                                                      Case No.  05-CV-00585-CW

1   Due to their confidential, proprietary, privileged, and/or sensitive nature, the Court
2   orders that Exhibits A-C to the Declaration of Patrice L. Goldman in support of Plaintiffs' Motion
3   for Corrective Notice and Exhibits 3 and 4 to the Declaration of Krista A. Stevenson in support of
4   Defendants' Opposition to Plaintiffs' Motion for Corrective Notice and Plaintiffs' Memorandum and
5   Points and Authorities in Support of and Defendants' Memorandum of Points and Authorities in
6   Opposition to Plaintiffs' Motion for Corrective Notice quoting Exhibits A-C to the Goldman
7   Declaration and Exhibits 3 and 4 to the Stevenson Declaration in Opposition to Plaintiffs' Motion
8   for Corrective Notice be filed under seal and kept confidential from public view.

9   IT IS SO ORDERED.

11   Dated: 1/31/06    /S/ CLAUDIA WILKEN

12   _____
     HONORABLE CLAUDIA WILKEN
13   UNITED STATES DISTRICT COURT JUDGE

Firmwide:80755165.1 021021.1017

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[PROPOSED] ORDER    1.    Case No. 05-CV-00585-CW