United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERLACH, et al., | No. C 05-0585 CW (MEJ) |
| Plaintiffs, | **ORDER RE: PENDING DISCOVERY DISPUTES** |
| vs. | |
| WELLS FARGO & CO., et al., | |
| Defendants. | |

The Court is in receipt of the parties' joint letter, filed February 16, 2006. Doc #197. In their letter, the parties seek clarification as to how best to proceed on three pending discovery disputes: (1) Defendants' responses to Plaintiffs' First Set of Requests for Production of Documents; (2) Defendants' invocation of the attorney-client privilege log and its privilege logs; and (3) whether certain e-mails produced by Defendants are privileged and should be returned. Upon review of the parties' letter, the Court finds that the three disputes would best be resolved via separate joint letters for each dispute. Accordingly, the Court hereby ORDERS the parties to file a separate joint letter for each dispute. Pursuant to the undersigned's Discovery Standing Order, the parties shall attach all relevant requests for production and responses, including privilege logs, to each joint letter. As to the disputed e-mails, Defendants shall submit the e-mails for *in camera* review at the time the parties file their joint letters.

In their February 16 letter, the parties request that the Court first address the dispute regarding the privileged status of the e-mails given that those e-mails may arise in discussing other

discovery disputes before the Court. Given this request, it is unclear whether the parties wish to file simultaneous letters on all three disputes or if an order is required on the e-mail dispute before they file letters on the remaining disputes. Thus, the parties may choose to file all three letters simultaneously or file only the e-mail letter and await the Court's order on that issue prior to filing the remaining letters.

**IT IS SO ORDERED.**

Dated: February 21, 2006

MARIA-ELENA JAMES
United States Magistrate Judge

2