United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMIN GERLACH and REGGIE PLACE, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>WELLS FARGO & CO.; WELLS FARGO BANK, N.A.; and WELLS FARGO SERVICES COMPANY,<br><br>    Defendants.<br>_____/<br><br>WELLS FARGO BANK, N.A.,<br><br>    Counterclaimant,<br><br>    v.<br><br>JASMIN GERLACH,<br><br>    Counterdefendant.<br>_____/ | No. C 05-0585 CW<br><br>ORDER RE HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |

Plaintiffs' motion for class certification, scheduled to be heard on May 12, 2006, will be decided on the papers, unless the

Court sets it for a hearing.

    IT IS SO ORDERED.

Dated: 5/5/06                                                /S/CLAUDIA WILKEN
                                                        CLAUDIA WILKEN
                                                        United States District Judge

**United States District Court**
For the Northern District of California

2