UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

| | |
|---|---|
| JASMIN GERLACH and REGGIE PLACE, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>    v.<br><br>WELLS FARGO & CO., WELLS FARGO BANK, N.A., and WELLS FARGO SERVICES COMPANY,<br><br>                Defendants. | Case No. 05-CV-00585-CW<br><br>**ORDER AS MODIFIED ON STIPULATION RE CONTINUANCE OF HEARING ON MOTION FOR CLASS CERTIFICATION, AND TOLLING THE STATUTE OF LIMITATIONS FOR FLSA CLAIMS** |
| WELLS FARGO BANK, N.A.,<br><br>                Counterclaimant,<br><br>    v.<br><br>JASMIN GERLACH,<br><br>                Counterdefendant. | |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

**ORDER ON STIPULATION RE CONTINUANCE OF HEARING ON MOTION FOR CLASS CERTIFICATION, ETC.**

**Case No.  C 05-0585 CW**

1  Good cause appearing, and in light of the above stipulation, pursuant to Local Rule 6-2(b) the Court hereby continues the Motion for Class Certification **is taken under submission on the papers.** Briefing has been completed on Plaintiffs' motion, and the parties will not engage in any additional briefing without leave of court.

The Court also orders, pursuant to the stipulation of the parties, that Defendants have until July 5, 2006 to respond to Plaintiffs' Requests for Production of Documents, Set No. 3, and Special Interrogatories, Set No. 2, both of which were served on March 27, 2006.

The Court also orders, pursuant to the stipulation of the parties, that the statute of limitations on the claims for overtime under the Fair Labor Standards Act of the members of the class conditionally certified on March 28, 2006, is tolled commencing May 3, 2006 and ending the date of the hearing on Plaintiffs' pending Motion for Class Certification pursuant to Rule 23 of the Federal Rules of Civil Procedure.

The Court further orders that Plaintiffs will not be entitled to and will not send *Hoffmann* notice to putative collection action members until **the Court issues its Order** on the pending Class Certification Motion.

IT IS SO ORDERED.

Dated: 5/15/06           /s/ CLAUDIA WILKEN

U.S. District Court Judge

Dated: May 4, 2006

KRISTA A. STEVENSON
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
WELLS FARGO & COMPANY,
WELLS FARGO BANK, N.A. and WELLS
FARGO SERVICES COMPANY and
Counterclaimant WELLS FARGO BANK, N.A.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

**ORDER ON STIPULATION RE CONTINUANCE OF HEARING ON MOTION FOR CLASS CERTIFICATION, ETC.**   2.   Case No. C 05-0585 CW

1
2  Firmwide:81063510.1 021021.1017
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

**ORDER ON STIPULATION RE CONTINUANCE OF HEARING ON MOTION FOR CLASS CERTIFICATION, ETC.**     3.     **Case No.  C 05-0585 CW**