UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMIN GERLACH, and REGGIE PLACE, on behalf of themselves and those similarly situated,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>WELLS FARGO & CO., WELLS FARGO BANK, N.A., AND WELLS FARGO SERVICES COMPANY,<br><br>　　　　　Defendants. | Case No. C-05-0585-CW<br><br>**STIPULATION AND [PROPOSED] JUDGMENT** |
| WELLS FARGO BANK, N.A.,<br><br>　　　　　Counterclaimant,<br><br>vs.<br><br>JASMIN GERLACH,<br><br>　　　　　Counterdefendant. | |

1  WHEREAS, on January 19, 2007 the Court entered the Revised Order (1) Finally
2  Approving Class Action Settlement And Plan Of Distribution; (2) Entering Final Judgment; (3)
3  Approving Service Payment To Named Plaintiff Reggie Place; (4) Approving The Payment Of
4  Reasonable Costs To The Claims Administrator; and (5) Reserving Judgment ("Revised Order of
5  Final Approval.")

6  WHEREAS the parties agree that Judgment should be entered and this action should be
7  dismissed with prejudice.

8  IT IS ORDERED AND ADJUDGED that Judgment is entered on this action and that the
9  action be dismissed with prejudice.

10  IT IS FURTHER ORDERED AND ADJUDGED that, without affecting the finality of
11  this Judgment in any way, the Court reserves exclusive and continuing jurisdiction over the class
12  action, the Named Plaintiffs, the Classes, and the Defendants for the purposes of (a) supervising
13  the implementation, enforcement, construction, and interpretation of the Settlement Agreement,
14  the Preliminary Approval Order, the Revised Order of Final Approval, the Order Granting Class
15  Counsel's Motion for Fees and Reimbursement of Costs, the distribution of Settlement Payments,
16  and the Final Judgment.

26  ///
27  ///
28  ///

1  ///

2

3  Dated: January 25, 2007                    LEWIS, FEINBERG, LEE, RENAKER &
                                              JACKSON, P.C.
4

5                                             By: /s/ Todd Jackson
6                                             Todd Jackson
                                              Attorney for Plaintiffs
7

8  Dated: January __, 2007                    LITTLER, MENDELSON
9
                                              By:_____
10                                            Nancy Pritikin
                                              Attorney for Defendants
11

12
            **IT IS SO ORDERED.**
13

14
    Dated: January __, 2007
15                                            _____
                                              Claudia Wilken
16                                            United States District Court Judge

17

18

19

20

21

22

23

24

25

26

27

28

REVISED [PROPOSED] ORDER FINALLY
APPROVING PROPOSED SETTLEMENT           - 3 -
AGREEMENT

1 | ///

2

3 | Dated: January __, 2007

4

LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

5

6 | By: _____
Todd Jackson
Attorney for Plaintiffs

7

8 | Dated: January 25, 2007

9

LITTLER, MENDELSON

By: *Nancy E. Pritikin*
Nancy Pritikin
Attorney for Defendants

10

11

12

13 | **IT IS SO ORDERED.**

14 | Dated: January 26, 2007

15

*Claudia Wilken* (signature)

_____
Claudia Wilken
United States District Court Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

REVISED [PROPOSED] ORDER FINALLY
APPROVING PROPOSED SETTLEMENT
AGREEMENT

- 3 -