1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                            OAKLAND BRANCH

11

12 | JASMIN GERLACH and REGGIE          | Case No.  05-CV-00585-CW
   | PLACE, on behalf of themselves and those
13 | similarly situated,                | **JOINT STIPULATION AND ORDER**
                                        | **GRANTING PLAINTIFFS' MOTION FOR**
14 |            Plaintiffs,             | **ORDER APPROVING PAYMENT OF**
                                        | **UNREIMBURSED COSTS TO CLAIMS**
15 | v.                                 | **ADMINISTRATOR FROM RESIDUAL**
                                        | **MONIES IN NET SETTLEMENT**
16 | WELLS FARGO & CO., WELLS FARGO     | **PAYMENT, APPROVING RE-ISSUE OF**
   | BANK, N.A., and WELLS FARGO        | **FIRST-ROUND DISTRIBUTION**
17 | SERVICES COMPANY,                  | **PAYMENT TO CLASS MEMBER, AND**
                                        | **APPROVING A SECOND-ROUND**
18 |            Defendants              | **DISTRIBUTION TO CLASS MEMBERS**
                                        | **OF RESIDUAL MONIES IN NET**
19                                        **SETTLEMENT PAYMENT**

20

21 | WELLS FARGO BANK, N.A.,

22 |            Counterclaimant,

23 | v.

24 | JASMIN GERLACH,

25 |            Counterdefendant

26

27         **WHEREAS**, on January 19, 2007, this Court granted final approval of a class action

28 settlement and plan of allocation in this matter; and

**WHEREAS**, on January 19, 2007, this Court entered orders approving the payment of reasonable claims administration costs to the Claims Administrator in the amount of $70,000; and

**WHEREAS**, subsequent to January 19, 2007, additional work has been required as the administration of the settlement has taken longer and required more time than earlier anticipated, which has increased the costs of administration; and

**WHEREAS**, the Claims Administrator has incurred an additional $45,503.65 in time and expenses, and has determined that the amount for its future administration costs will be approximately $33,411;

**WHEREAS**, class member, Magi Agrama claims she did not receive her first-round distribution settlement check in the amount of $898.90 (constituting her first-round distribution settlement share after withholding), and did not negotiate her first-round distribution settlement check, but has now stepped forward to claim her settlement share before the second-round distribution; and

**WHEREAS**, more than $200,000 remains in then Net Settlement Fund after the first distribution of checks to the Settlement Class Members.

The Parties hereby jointly stipulate as follows and respectfully request that this Court enter an order approving and granting these following stipulations:

1. The Claims Administrator shall be reimbursed from the Net Settlement Fund for additional costs it has incurred and will incur, and for which it has not received any reimbursement, in the amount of $78,914.80.

2. The Claims Administrator shall re-issue a first-round distribution payment check in the amount of $898.90 to class member, Magi Agrama.

3. The approximately $229,598.19 which will remain in the Net Settlement Fund, after

1    payment of $78,914.80 to the Claim Administrator for time and expenses incurred

2    since July 2007, and for time and expenses which will be incurred for future

3    administration costs, and after the re-issue of class member Magi Agrama's first-round

4    distribution payment check in the amount of $898.90, shall be distributed to the class

5    in a second-round distribution.

6

7    DATED:  October 14 , 2008

8                        RUDY, EXELROD & ZIEFF, LLP

9

10

11                     By: _/s/ Patrice L. Goldman_
                         Patrice L. Goldman
                         Attorneys for Plaintiffs and Counter-Defendant

12

13    DATED:  _____, 2008

14                       LITTLER MENDELSON, PC

15

16                     By: _____
                         R. Brian Dixon

17                         Attorneys for Defendants and Counter-Claimants

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER
CASE NO.  05-CV-00585-CW

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. The Claims Administrator shall be reimbursed from the Net Settlement Fund for additional costs it has incurred and will incur, and for which it has not received any reimbursement, in the amount of $78,914.80.

2. The Claims Administrator shall re-issue a first-round distribution payment check in the amount of $898.90 to class member, Magi Agrama.

3. The approximately $229,598.19  which will remain in the Net Settlement Fund, after payment of $78,914.80 to the Claim Administrator for time and expenses incurred since July 2007, and for time and expenses which will be incurred for future administration costs, and after the re-issue of class member Magi Agrama's first-round distribution payment check in the amount of $898.90, shall be distributed to the class in a second-round distribution.

**IT IS SO ORDERED.**

10/16/08

_____
Honorable Claudia Wilken
United States District Court Judge

[PROPOSED] ORDER
CASE NO.  05-CV-00585-CW